**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DAVID LYNCH, a wartime veteran and individual, | No. |
| Plaintiff/Petitioner, | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION) |
| v. | |
| WASHINGTON HEALTH CARE AUTHORITY, a Washington governmental agency, SUE BIRCH, both individually and in her capacity as director of the Washington Health Care Authority, | Thurston County Superior Court Cause No. 21-2-00175-34 |
| Defendant/Respondent. | |

TO:    CLERK OF THE ABOVE-ENTITLED COURT; and

TO:    DAVID LYNCH, Petitioner

TO:    GREGORY A. MCBROOM, Attorney for David Lynch

     PLEASE TAKE NOTICE that the Defendants hereby remove to this Court the state court action described below.

     1.    On February 4, 2021, Plaintiff David Lynch originally served on the State of Washington a lawsuit entitled:

> DAVID LYNCH, a wartime veteran and individual, Plaintiff/Petitioner, vs. WASHINGTON HEALTHCARE AUTHORITY, a Washington governmental agency, SUE BIRCH, both individually and in her capacity as director of the Washington Healthcare Authority.

NOTICE TO REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)     1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

2.   The Defendants, Washington State Health Care Authority (HCA), received a copy of the Summons and Cass Action Complaint on February 4, 2021, served to the AGO via e-mail. A physical copy was served on the Health Care Authority on February 10, 2021. Declaration of Joshua Campbell.

3.   All Defendants consent to removal to federal court.

4.   This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and that may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1453 and 28 U.S.C. § 1441(a) in that it is a class action, arises under 42 U.S.C. § 1983, and raises questions under the United States Constitution. The Court has supplemental jurisdiction over related state claims raised in this proceeding pursuant to 28 U.S.C. § 1367(a).

5.   The claims raised in this proceeding relate to federal questions. Complaint at 13-14. Plaintiff alleges violations of the Takings Clause of the 5th Amendment and of the 14th Amendment to the U.S. Constitution related to the cost of care he is required to contribute toward the long-term care Medicaid services he receives. *Id.* Plaintiff also alleges claims including under 42 U.S.C. § 1983, and state claims. *Id.*

6.   Removal to the United States District Court of Western Washington, Tacoma Division, is proper under 28 U.S.C. § 1441(a) and 28 U.S.C. 1453.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. Pursuant to 28 U.S.C. § 1446(a), filed concurrently with this notice are true and correct copies of all pleadings filed or served upon defendants in the state court proceeding, including:

Exhibit 1: Summons, dated February 4, 2021.

Exhibit 2: Class Action Complaint, dated February 4. 2021.

Exhibit 3: Notice of Assignment and Notice of Trail Setting, dated February 4. 2021.

DATED this 24th day of February 2021.

ROBERT W. FERGUSON
*Attorney General*

WILLIAM MCGINTY, WSBA NO. 41868
*Assistant Attorney General*

JOSHUA CAMPBELL, WSBA NO. 51251
*Assistant Attorney General*

Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax: (360) 586-6657

Email: William.McGinty@atg.wa.gov
Joshua.Campbell@atg.wa.gov

*Attorneys for Defendants*

NOTICE TO REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(a)
(FEDERAL QUESTION)

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# PROOF OF SERVICE

I certify that I cause to be served a copy of this document on all parties or their counsel of record on the date below as follows:

☐ US Mail Postage Prepaid via Consolidated Mail Service
☐ Facsimile
☐ Electronic Mail
☐ State Campus Delivery
☐ ABC/Legal Messenger
☐ Hand delivered by _____

   GREGORY MCBROOM
   PO BOX 510
   RENTON, WA 98057

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 24th day of February, 2021.

_/s/ Wm McGinty_
WILLIAM MCGINTY
*Assistant Attorney General*

NOTICE TO REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)    4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565